# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW GOMBERG,<br><br>        Plaintiff,<br><br>    v.<br><br>ALTON LANE, INC.,<br><br>        Defendant. | CIVIL ACTION NO.  23-4303 |

## ORDER

**AND NOW,** this 11th day of December 2024, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(2), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to Plaintiff's Notice of Voluntary Dismissal with Prejudice [Doc. No. 13], without costs. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**